IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR437 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JEREMIAH MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that Defendant Miller's sentencing before the undersigned United States district judge is rescheduled to Friday, June 24, 2005, at 10:00 a.m., in the Special Proceedings Courtroom, 4th Floor, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 22nd day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge